IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Stanley Turner 116221 )
Full name and prison number )
of plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 2:05cv983-D
 ) (To be supplied by Clerk of
Sheriff, D.T. Marshall ) U.S. District Court)
Captain, Jekens and )
Captain, Rogers )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) ___N/A_____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Hamilton A & I Center Hamilton, AL. 223 Sasser Dr. 35570__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Kilby A.D.O.C. Recieving Center, Mt. Meigs, AL. - Montgomery Co. Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Sheriff, D.T. Marshall — C/O Sheriff's Office
2. Captain, Jekins and — P.O. Box 4219
3. Captain Rogers — Montgomery, AL 36103-4219
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __10-9-03__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendants acting, in their individual representive capaites, under color of law -- acted with Deliberate Indifference towards Plaintiff's Safety, 2 in Violation of his Const. Rights,

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On October 9th, 2003 at approximately 10:00 AM to 11:00 AM, Defendants Captain Jenkens and Captain Rogers came to the Alabama Department of Corrections, Recieving — see attached

GROUND TWO: Defendants in unison acted with Deliberate Indifference towards Plaintiffs Serious Medical Needs.

SUPPORTING FACTS: On Plaintiffs being delivered by said Officals in the transport van to the Montgomery County Jail and care of Defendant D.T. Marshall and placed in a holding cell — see attached

GROUND THREE: N/A

SUPPORTING FACTS: N/A

3

of incarceration within

continued.
-- Ground One Supportting facts; and Ground Two;
-- Center, to transport the Plaintiff to the Montgomery County Jail for pending legal matters.

The transport van did not have the safety Equipment (Steps) required for the safe boarding and unloading of handicapped inmate and due to same fact the Plaintiff in his effort to board injuried himself, (reinjuried) himself seriously.

At the time Plaintiff injuried himself (thereafter) he was taken back inside the Kilby recieving Center medical section and his injury dressed and documented.

Defendants, Jenkins and Rogers then proceeded to deliver the Plaintiff to the Montgomery County Jail whereas he was placed in a holding cell with two other inmate and under the custody and care of defendant, D. T. Marshall, within his obligations as Sheriff and Policy maker.

Plaintiff request care and medications for pain for his injury numerous times through his period of incarceration within this holding cell only to be ignored.

The defendants actions/Lack of actions vie, in unison, violated Plaintiffs constitutionally protected rights to safety, and medical care both free of deliberate indifference with saids acts and delays in care causing mental anguish.

Plaintiffs injuries is serious and Plaintiff has recently been inform- via. Doctor that additional surgery will be required.

3A.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Grant and/or Award the Plaintiff Monetary Damages in the amount deemed fit and just for these Const. Rights Violations

*Stanley Turner*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10-7-2005 .
(Date)

*Stanley Turner*
Signature of plaintiff(s)

4

# Certificate of Service

I, Stanley Turner herein Certify that I have served a true and Correct of the foregoing to All parties as listed below, (org. to Office of Clerk, by Placing same in the U.S. mail, postage prepaid and properly addressed on this the 7th day of October 2005.

Stanley Turner
Stanley Turner 116221
Pro se
223 Sasser Dr.
Hamilton, AL,
35570

org. Office Clerk

cc. Defedants:
  Marshall
  Jenkins
  Rogers

  % Sheiff D.T. Marshall
    P.O. Box 4219
    Montgomery, AL.
    36130-4219

cc: Personal file, Plaintiff

* I.F.P. Attached.