IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY TURNER 116221
　Plaintiff,

v.

D.T. MARSHALL et al.
　Defendant.

2:05-CV-983-D-W0

## MOTION FOR EXTENTION OF TIME TO Pay Fee

Comes Now, Stanley Turner, Plaintiff, pro-se and herein request a 10 day extention of time, beyond this Court's November 7th 2005, as Ordered within Order of October 24, 2005 and in support of same states;

1, Plaintiff will have funds on his P.M.O. account to pay $30.00 partical filing fee ordered by this court on or about the 7th of November, and has made the proper arrangements with D.O.C. officals to forward same to this Court with process requiring time beyond November 7th to complete.

Wherefore Plaintiff Prays this Court Grant him until the 17th day of November 2005 to forward Ordered $30.00 fee.

Respectfully Submited

　　　　　　　　　　Stanley Turner
　　　　　　　　　　116221

1.

## Certificate of Service

I Stanley Turner do herein Certify that I have served the foregoing upon the Clerk by placing same in the U.S. Mail postage prepaid and properly addressed on this the 3 day of November, 2005.

Stanley Turner
Stanley Turner 116221
223 Sasser Drive
Hamilton, AL.
35570

2.