IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221 | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 2:05-CV-983-D |
| | * |
| SHERIFF D. T. MARSHALL; | * |
| CAPTAIN JENKINS; and | * |
| CAPTAIN ROGERS, | * |
| | * |
|     Defendants. | * |

## NOTICE OF APPEARANCE

COME NOW, Thomas T. Gallion, III and the law firm of Haskell Slaughter Young & Gallion, LLC and file this notice of appearance on behalf of Defendants Sheriff D. T. Marshall, Captain Jenkins and Captain Rogers in the above styled cause.

Respectfully submitted this 15th day of December 2005.

                                                    s/ Thomas T. Gallion, III
                                                  _____
                                                  Thomas T. Gallion, III    (GAL010)
                                                  Attorney for Defendants

OF COUNSEL:
Haskell Slaughter Young & Gallion. LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
    (334) 265-8573
    fax: (334) 264-7945

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this the 15th day of December 2005.

Stanley Turner #116221
Hamilton A & I Center
223 Sasser Drive
Hamilton, Alabama 35570

                              s/ Thomas T. Gallion, III
                              _____
                              Of Counsel

50051-558
#17,905