IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY TURNER, 116221  *
    Plaintiff,  *
Vs.  *  CIVIL ACTION NO. 2:05-CV-983-D
D.T. MARSHALL, et, al.,  *
    Defendants.  *

## MOTION FOR AN ENLARGMENT OF TIME

Comes Now, Stanley Turner, Plaintiff, Prose and moves this Court requesting a 21 day extention of time beyond this Courts January 12, 2006 Order allowing the Plaintiff until January 31, 2006 in which to respond to the Defendants Special Report of January 11, 2006 and in support of same states:

(1) Plaintiff, due to incarcerotion has no trained legal assistance and very limit time and access to law liberary and legal research materials.

(2) Plaintiff can neither read nor write and has to depend on untrained inmate legal assistance and must depend on delayed mailing for the securing of needed copies.

(3) No party will be prejudiced by this extention.

WHEREFORE FOREGOING CONSIDERED PLAINTIFF PRAYS GRANT HIM UP TO AND TO INCLUDE UNTIL FEBURARY 21st, 2006 to file RESPONSE.

RESPECTFULLY SUBMITTED:

    Stanley Turner
    Stanley Turner, Pro se

1.

## CERTIFICATE OF SERVICE

I Stanley Turner do hereby Certify that I have servered the foregoing on all Parties, by Placing same in the U.S. mail, postage prepaid and properly addressed on this the 24th day of January 2006.

_Stanley Turner_
Stanley Turner 116221
223 Sasser Dr,
Hamilton, AL 35570

ORG: CLERK
CC: HASKELL & SLAUGHTER
CC: Per. FILE, PLAINTIFF

2.