In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

RECEIVED
2006 FEB 13 A 10: 25

Stanley Turner 116221 *
PLAINTIFF *
VS.
* CIVIL ACTION NO. 2:05-CV-983-D
*
D.T. MARSHALL, et. al. *
DEFENDANTS *

# AFFIDAVIT OF STANLEY TURNER

Before me a Notary Public personally appeared Stanley Turner and after being duly sworn did say as Follows:

(1) My name is Stanley Turner, Plaintiff this cause and I am over the age of twenty one and compotent to testify to the facts herein set forth within this affidavit and response.

(2) On October 9, 2003 Defendant(s), Jenkins and Rogers came to the Kilby Correctional Facility and to transport Plaintiff, Turner and another inmate to

Montgomery County, Alabama for Court appearance in Montgomery County Circuit Court.

The transport Van these Defendant(s) came in to transport the Plaintiff in had no Safety Equiment (Steps) inwhich to assist inmates in getting in an/or out of said van.

The Plaintiff in attempting to get into the van was unable to due to his being handicapped with a leg injury in the process of healing, and he reinjured his leg badly.

The defendant(s) due to their Prior Knowledge of Plaintiff's handicap/injury did not place leg shakles on him, as they did the other inmate being transportted.

After Plaintiff was injuried he was taken to the Kilby infirmary and examined. then released for transport again.

Upon returning Plaintiff to the transport van A.D.O.C Officer Williams secured an empty milk create which was used as a step so the Plaintiff could board the van.

Once at the Montgomery Detention Facility, Due injury still bleeding nurses redressed Plaintiff's leg and Plaintiff request to see Doctor This request was ignored as many request for some mannen of Pain medication. Plaintiff had to endure servere pain until his return to Kilby where at he was given needed pain medications.

The Plaintiff's stay in said Facility was 10-9-03 and 10-10-03 of which allow him no time in which to use the Grievance Process.

STATE OF ALABAMA *

COUNTY OF MARION *

I Stanley Turner do herein swear that the contents herein are true and correct to the best of my ability understanding and Knowledge.

Stanley Turner
STANLEY TURNER

SWORN TO SUBSCRIBED TO BEFORE MY HAND ON THIS THE 4 DAY OF FEBURARY, 2006

[signature]

NOV 13, 2007
MY COMMISSION EXPIRES