IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAY 30 A 9:45

STANLEY TURNER 116221,  *
    Plaintiff,  *
VS  *  2:05-CV-983-D
D.T. MARSHALL, et. al.  *
    Defendants.  *

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, Stanley Turner, Plaintiff, Pro se and herein respectfully request that this Court appoint him counsel and in further support of same states as follows:

(A). The Plaintiff's case has merit and can only be properly resolved with his having trained legal assistance.

(B) The Plaintiff can not read or write and therefore can not properly litigate his case in any manner.

(C.) The Plaintiff thusfar has depended on untrained inmates to assist him and with them not having proper research material.

1.

WHEREFORE PREMISES CONSIDERED THE PLAINTIFF PRAY THIS COURT APPOINT COUNSEL,

RESPECTFULLY SUBMITTED

STANLEY TURNER
STANLEY TURNER

## CERTIFICATE OF SERVICE

I Stanley Turner do herein Certify that I have served the foregoing on all Parties as listed below by Placing same in the U.S. mail Postage Prepaid and Properly addressed on this the 19th day of MAY 2006.

STANLEY TURNER
STANLEY TURNER 116221
213 BASSER DR.
HAMILTON, AL. 35570

ORG. OFFICE OF CLERK
CC. COUNSEL FOR DEFENDANTS
Haskell SLAUGHTER
P.O. BOX 4660
MONTGOMERY, AL. 36103-4660
CC. PLAINTIFF FILE.

2.