In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

Stanley Turner, #116221                Civil Action
        Plaintiff,                     No. 2:05-CV-983-D

V.

D.T. Marshall, et al.,
        Defendants.

## Plaintiff's First Set Of Interrogatories To Defendants Rogers And Jenkins

In accordance with Rule 33 F.R.Civ.P, the Plaintiff request that the defendants Lamar Rogers and Santina Jenkins answer the following interrogatories under oath, and that the answers be signed by the person making them to be served upon plaintiff within 30 days of service of the interrogatories.

#1.) The attached interrogatories To Defendant Rogers.

#2.) The attached interrogatories To Defendant Jenkins.

3.) If the Defendants cannot answer in full, after exercising due diligence to secure the information to do so, so state and answer the remainder and stating what-

1.

ever information or knowledge you have concerning the unanswered portions.

These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes

#1.) <u>Interrogatories To Defendant Rogers</u>

1.) It is a standard operating procedure to leg shackel prisoners serving a life term, is this correct?

2.) Did you notice that Plaintiff/inmate Stanley Turner on 10/09/03, while picking up Turner for transport from Kilby C.F, to the Montgomery C.J. had a injured left leg?

3.) Did inmate Turner walk with a limp?

4.) Did Turner seem to appear to be in pain from his leg injury prior to the stepping into the van?

5.) Did the Prisoner Correctional Officers at Kilby C.F. receiving unit state to you when picking up Turner, that he had a injury to his leg?

6.) Did the prison officials give you any medication for Turner when you first took him into custody?

2.

7.) Did Turner seem to need assistance when he was entering the transport van?

8.) How come you didn't help the inmate enter into the van knowingly he had an injured leg?

9.) Did your assistance transport officer help Turner enter into the van?

10.) Do you know how tall inmate Turner is?

11.) Does that van that you were driving on 10/09/03, have a County Id. number so you can recognize it?

12.) Does that van have a folding type step or a slidding type of step under it's passenger back side door?

13.) Did you fold or slide out the step for inmate prior to him slipping down on 10/09/03?

14.) Did that van, on the inside at the bottom riser of the side back loading door, have a rough grit non slip surface where you step up?

3.

15.) Did that van have big tall tires on it?

16.) What size of tires is on that van?

17.) Is the van setting real high off the ground compared to regular van?

18.) Does the County still have that van?

19.) Has anything been done to that van to assist inmates into it more easily since inmate Turner incident?

20.) Prior to leaving the Montgomery Jail you had a file or order to pick up Turner, did that order state he had an injury?

21.) Did you file an incident report at the Jail after returning on 10/09/03, with inmate Turner?

22.) Did you sign some type of papers at Kilby C.F. at the Prison Infirmary?

23.) Did D.O.C. at Kilby ask you how inmate Turner was hurt?

23.) Did you take a photo of inmate Turner's leg on 10/09/03, or 10/10/03, if not why?

24.) After seeing that Turner's leg was looked at after the fall did some one at Kilby's back gate get a milk crate

4.

for Turner to step up in the van?

25.) That van you were using that day, would you still have used it had Turner been on crutches or in a wheel chair?

#2.) Interrogatories To Defendant Jenkins

1.) Are you train in E.M.T. in assistance of medical emergencies?

2.) Is their some type of medical training course that your official capacity as a Lt. at the Montgomery Jail requires you to go through, or have?

3.) When an inmate is injured does the Jails or County's Standard Operating Procedure require when there is a open bleeding wound to inquire to any assisting medical personnell to see that the inmate had a techna shot is the past few years?

4.) Did you fill out an incident report at Kilby C.F.?

5.) Did you fill out an incident report at the Jail?

6.) Did you carry inmate Turner to get medical treatment after he injured his leg?

7.) Did you or Lt. Roger's take a photo

5.

of inmate Turner's leg after he slipped while in your custody on 10/09/03,?

8.) Is it the Count's official Procedures to do a follow up medical check or inquiry on an inmate that has been injured while in the Count's custody and then later transferred into another authrities jurisdiction?

9.) Is it the Jail or County's official policy to pay for continuing medical treatment of an inmate's injury even after he has been transferred or released?

10.) Has the Alabama Dept. of Corr. or their medical provider billed the jail or County for treating inmate Stanley Turner on or after the date of 10/09/03?

11.) Have you or any personnell from the County or Jail check on the medical condition of inmate Turner since 10/09/03?

12.) Would you believe inmate Turner's leg is still black from the knee down and still continueing to bleed since that injury on the van on 10/09/03?

6.

Certificate Of Service

I hereby certify that the following Interrogatories are being placed in U.S. Mail postage paid on this 15th day of August, 2006, at the Counsel address below for defendants. **STANLEY TURNER**

Atty. For Defendants
Thomas T. Gallion
305 S. Lawrence St.
P.O. Box 4660
Montgomery, Al.
36103-4660

Stanley Turner
#116221
223 Sasser Dr.
Hamilton, Al.
35570