In The United States District Court For The Middle District Of Alabama Northern Division

RECEIVED
2006 SEP 25 A 9:42

Stanley Turner #116221
  Plaintiff,

Civil Action No.
2:05-CV-983-D

V.

D.T. Marshall, et. al.,

## Motion For Appointment Of Counsel

Comes now the Plaintiff, Pro Se and moves this honorable court pursuant to 28 U.S.C. section 1915 (e)(1) for an order appointing counsel. In support of this motion, plaintiff states the following.

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff cannot read or write and no one is assigned in the law library which is very small 8'X 12' with a computer and plaintiff does know how to read anything.

3. A trial would result likely involve conflicting testimony, and counsel would be better enable plaintiff to submit evidence and cross examine witnesses.

4. Plaintiff submits the factors that he has being seeing prison medical every days for 3 year daily. They will only wrap his leg with bandages. The prison medical contractors with not treat this injury. Plaintiff's leg is black

-1-

and blue, and swollen. Plaintiff's leg is bloody raw and he's barely able to walk. No pain or antibotics is being given, the prison Doctors claim nothing can be done. Plaintiff has a stack of inmate grievances that medical persons circumvent, and cover up one thing over another. They claim this occurred at the County of Montgomery and they are not responsible for the wounds. It's unhumane and unbelieve, a shock to the conscious of a matured society the way the Plaintiff is suffering. He will likely loose the leg.

5. The factors listed in <u>Montgomery V. Pinchak</u>, 294 F.3d 492, 499 (3rd Cir. 2002), clear shows the discretion the court uses to consider. If this court would just conduct a hearing to observe the attention Plaintiff needs, I'm sure all parties will agree some order to treat the Plaintiff prisoner needs to be done.

Respectfully Submitted

Shorty Tunnel
Pro Se
223 Sasser Dr.
Hamilton, Al. 35576

Dated: 9/18/06

-2-

Certificate Of Service

I hereby certify that a copy of motion to compell and appointment of counsel is being mailed on this 18th day of September 2006, by placing a copy of same in U.S. mail postaged paid properly addressed.

Defendants Counsel
Thomas T. Gallion III
305 S. Lawrence St.
P.O. Box 4660
Montgomery, Al. 36103-4666

_[signature]_
Pro Se