In The District Court Of The United States For The Middle District Of Alabama Northern Division

Stanley Turner, #116221
  Plaintiff,

v.

D.T. Marshall, et. al.,

Civil Action No.
2:05-CV-983-D

RECEIVED
2006 SEP 25 A 9:42

## Motion For An Order Compelling Discovery

Plaintiff move this court for an order pursuant to Rule 37(a) of Federal Rules of Civil Procedure compelling defendants Lamar Rogers and Santina Jenkins who has fully to give an answer to the interrogatories, dated August 15, 2006, not yet received.

Plaintiff also moves for an order pursuant to Rule 37(a)(4) requiring the aforesaid Defendants pay the plaintiff a sum of $300.00 as reasonable expenses in obtaining this order, on the ground that the Defendants refusal to answer the interrogatories without no substantial justification.

Respectfully Submitted

Stanley Turner

Pro Se #116221
223 Sasser Dr.
Hamilton, Al. 35570

Dated: 9/18/06

Certificate Of Service

I hereby certify that a copy of motion to compell and appointment of counsel is being mailed on this 18th day of September 2006, by placing a copy of same in U.S. mail postage paid properly addressed.

Defendants Counsel
Thomas T. Gallion, III
305 S. Lawrence St.
P.O. Box 4660
Montgomery, Al. 36103-4666

*[signature]*
Pro Se