IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-983-ID |
| ) | [WO] |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for order compelling discovery filed by the plaintiff on September 25, 2006 (Court Doc. No. 18), and as the information sought by the plaintiff is either cumulative to that provided by the defendants or is irrelevant to disposition of the issues pending before the court, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 26th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE