In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

Stanley Turner, #116221          Civil Action No.
     Plaintiff,                2:05-CV-983-D
  V.
D.T. Marshall, et al.,
     Defendants

## Motion For Appointment Of Counsel

Comes now the Plaintiff, Pro Se pursuant
to 28 U.S.C. § 1915(e)(1) plaintiff moves
for an order appointing counsel to
represent him in this case. In support
of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He
has requested to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit
his ability to litigate. The issues involved
in this case are complex, and will require
significant research and investigation.
Plaintiff has limited access to the law
library as it does not contain the
Federal Reporter and Supplement, or
Federal Digest.

3. A trial in this case will likely involve
conflicting testimony, and counsel
would better enable plaintiff to present

1.

evidence and cross examine witnesses.
4. Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are Exhibit A. The Plaintiff's Psychological Report and evaluation indicate that Plaintiff is functioning within the educable range of mental deficiency. He is achieving at or below the first grade level.
5. Plaintiff submits that his case has been litigated by different inmates in a piece meal fashion. That he can not read or write and his case stems from a leg injury that has been an open wound and has been ineffective causing continueing pain and sufferring. As the prison officials has recently schedule Plaintiff for a free world surjury. The would and injury meets the five factors to indicatiue a serious medical need. From his knee down to his foot is an continuing open would that will not heal itself and is black and blue. It effects his daily activity and may be a life long handicap, or permanent loss.

2.

Washington V. Dugger, 860 F.2d 1018 (11th Cir 1988).

The seriousness of plaintiff's medical need cannot be judged with the benefit of hindsight. The revelant facts are those known at the time of the incident. An inmate need not wait until the condition turns out serious even if it turns out to be serious.

Wherefore, Plaintiff prays this honorable court appoint counsel and order that this proceeding be expedited in a timely fashion as Plaintiff is sufferring as a result, as Plaintiff feels that the court and defendant's are actually unaware of the present condition, that someone needs to assist Plaintiff as he may suffer irrepairable injury.

Respectfully Submitted,

Stanley Turner

Stanley Turner

3,

## Certificate Of Service

I hereby certify that the foregoing is being placed in U.S. mail to the Plaintiffs' Counsel of record, on this 6th day of November, 2006.

Stanley Turner

Stanley Turner
#116221
223 Sasser Dr.
Hamilton, Al.
35570