## ADMITTING INTERVIEW

NAME: Turner, Stanley    DATE: 2/25/1970

SCHOOL RECORD OR PARENTS AND SIBLINGS:

FATHER: Mr. Sewell — 8th grade

MOTHER: Mrs. " — 6th "

SIBLING:
Janet — 7th Baldwin
Darlene — 6th Bellinger Hill

CURRENT HEALTH: Good
Immunizations current

COMMENTS: She will be moving in April to Esmond Street. She will call us when she moves.

Attends 2nd Grade Bellinger Hill School —

Stanley's father deceased —

CHILDREN'S CENTER OF MONTGOMERY

ADMITTING INTERVIEW                                         DATE: 2/25/1970

CHILD'S NAME: Turner, Stanley     SEX: M   BIRTHDATE: August 30, 1960
HOME ADDRESS: 23 East Jeff Davis, City     PHONE NO: 264-3639
REASON FOR REFERRAL: MR       SOURCE OF REFERRAL: Clinic + Family Guidance Center
PREVIOUS TRAINING: 1st gr. MacMillan; 2nd - Bellinger Hill 1969-70
SCHOOL: _____  ADDRESS: Montgomery, Ala   DATE: _____

PARENTS:           (NATURAL OR ADOPTIVE)
                        Mother
                                         IN HOME WITH
           NAME              AGE      CHILD    RELATIONSHIP    TELEPHONE

FATHER: James Lowell          30        ✓      Step-Father     264-3639
MOTHER: Lois      "           30        ✓
CHILDREN: Mervin Hall         16        No     Half-brother - Draper Institute
          Janet Turner        13        Yes    Sister
          Darlene  "          11         "       "
          Alice Wiggins        4         "     Half-sister
OTHERS:   Delois  "            3         "       "        "

RECORD OF EMPLOYMENT AND INCOME:
    DATE       EMPLOYER AND ADDRESS        TELEPHONE    POSITION    SALARY
FATHER: 3 yr.  Gamble's Steel Co.          265-9204     Welder    $1.90 hr.  $80 to $100 - week
               North Decatur Street
MOTHER: _____
OTHER: _____
               Social Security for Turner children  $82.50/mo

TOTAL INCOME ON WHICH FEES IS BASED: _____
1. STUDENT'S MONTHLY FEE: $75 mo.  $5.00 mo.  will give more when she can. 7/15/70
2. BUS FEE: $5.00  If space available - 9/15/70
3. PHYSICAL THERAPY FEE: _____
4. SPEECH THERAPY FEE: _____

$13.00   $3.00 Art fee.  When he was put on bus, she said that she could only pay school $5.00 + bus $5.00.

FAMILY GUIDANCE CENTER
615 South McDonough Street
Montgomery, Alabama

PSYCHOLOGICAL REPORT

Subject: Stanley Turner
Date of Birth: August 30, 1960
Date of Examination: November 14, 1969
Parents: Mrs. Lois Sewell
Address: 23 East Jeff Davis
Test Results:
        Wechsler Intelligence Scale for Children
              Verbal      -    66
              Performance -    62
              Full Scale  -    61

        Wide Range Achievement Test
              Reading Grade Level    K9.6
              Spelling Grade Level   1.1
              Arithmetic Grade Level 1.6

Referral: Psychological testing was requested, for this subject, by Mrs. Jerry Yeoman, Counselor for the Children's Assistance Fund.

Background Information: Stanley is a nine year old white male, who is repeating the second grade. He continues to perform poorly in school. Stanley's mother, age 29, is separated from her third husband. She has six children; four are in school. Stanley has a record of delinquent behavior. But apparently no counseling services have been rendered to the family.

Behavioral Observations: Stanley was of average size. He was neat in appearance and dressed appropriately for school. He was cooperative and polite. Though he was slow in responding to test items and frequently in error, he did not seem anxious about or even aware of his failures. He preferred to guess rather than say "I don't know".

Test Interpretation: Results from the WISC indicate that Stanley is functioning within the educable range of mental deficiency. His full scale score was 61 (M A of 5-10). There was little internal variability: a scatter of only three points.

On the WRAT, Stanley obtained a reading grade level of K9.6, a spelling grade level of 1.1 and an arithmetic grade level of 1.6. Stanley was able to accurately identify only six of fifteen letters of the alphabet. He could not spell it orally. He was able to do simple addition problems but no subtraction.

**Summary:** Results from this evaluation indicate that Stanley is functioning within the educable range of mental deficiency. He is achieving at or below the first grade level.

**Recommendations:** Special education appears necessary at this point. Children's Center should be contacted.

*Marjorie A. Thiemonge*
Marjorie A. Thiemonge, A.B., M.Ed.
Psychologist