IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 13 A 10:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STANELY TURNER, #116221,
    Plaintiff,

v.                                            CV#2:05-CV-983-D

D.T. MARSHALL, et al,
    Defendants

### REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now Stanely Turner (Plaintiff) Pro Se, pursuant to rule 34 F.R.C.P. and requests this Honorable Court issue an order for the Defendants and the Alabama Department of Corrections to produce the following listed documents:

1) Any and all medical records, pertaining to the Petitioner, in the posession of the Defendants.

2) Any and All medical records in the posession of the Alabama Department of Corrections; to include any outside medical services provide to Plaintiff.

The above listed documents are essential to Plaintiffs cause and detramental to insure his constitutionally vested rights.

Respectfully Submitted
Stanley TURNER

Stanley Turner #116221
Hamilton A & I
223 Sasser Dr.
Hamilton, Al. 35570