IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-983-ID |
| ) | [WO] |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for court intervention filed by the plaintiff on December 13, 2006 (Court Doc. No. 23), in which the plaintiff seeks intervention by this court with respect to the medical treatment being provided to him at the Hamilton Aged and Infirmed Facility, and as the aforementioned correctional facility is not located within the jurisdiction of this court nor does this case involve issues related to such treatment, it is

ORDERED that the motion for court intervention be and is hereby DENIED.

The plaintiff is advised that if he seeks to challenge the adequacy of medical treatment presently provided to him he may do so by filing a separate 42 U.S.C. § 1983 action in the United States District Court for the Northern District of Alabama.

Done this 14th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE