IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:05-CV-983-ID |
| ) | [WO] |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon review of the request for production of documents filed by the plaintiff on December 13, 2006 (Court Doc. No. 24), which the court construes as a motion for production of documents, and as the defendants have provided the court with all documents relevant to disposition of the issues raised in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 14th day of December, 2006.

                                               /s/ Susan Russ Walker
                                               SUSAN RUSS WALKER
                                               UNITED STATES MAGISTRATE JUDGE