IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STANLEY TURNER 116221,
    Plaintiff,

-v-

D.T. MARSHALL, et al,
    Defendants.

2:05-cv-983-D
CIVIL ACTION NO.

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Stanley Turner, Pursuant to rules 15(A) and 19(A) Fed. R. Civ. P. requests leave to file an amended complaint adding a party.

(1) Plaintiff in his originally complaint named D.T. Marshall, et al as defendants.

(2) Since the filing of his original complaint the plaintiff has determined that the defendants named as et al should be named as follows:

(A) Lamar Rogers (B) Santana Jenkins (C) Alabama Department of Correction (here after known as ADOC.)

(3) This court should grant leave freely to amend a complaint. Forman v Davis, 371 U.S. 178, 182

Respectfully Submitted

Stanley Turner

STANLEY TURNER 110936
HAMILTON A-I
223 Sasser Dr.
HAMILTON, AL. 35570