IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN        DIVISION

STANLEY TURNER 116221

     Plaintiff,

  Vs-

D.T. MARSHALL, et al

     Defendants.

2:05-CV-983-D

CIVIL ACTION NO

## MOTION TO AMEND COMPLAINT

Comes Now the Plaintiff, STANLEY TURNER (PRO SE) and moves the court for permission to amend the complaint to add a defendant and says as follows:

### I

That Plaintiff has determined that et al should also include by Name the following:

A) Lamar Rogers

B) Santma Jenkins

C) Alabama Department of Corrections (here after to be refered to as A.D.O.C.)

### II

The Plaintiff offers the following in susport of his cause; both Rogers and Jenkins are employees of Montgomery County, both were phyically present

at the time of the accident.

### III

Plaintiff was serving a court imposed sentence and was in the custody of the A.D.O.C. by so being he was a ward of the State of Alabama, the plaintiff was injured within the confines of a A.D.O.C. Correctional facility, Kiby Correctional facility, there fore the A.D.O.C. must be named as a defendant as they were responsible for the plaintiffs health safety and welfare.

### IV

All name parties in this Motion are and were responsible for plaintiffs safety and welfare, there by cannot be ommitted from the complaint.

#### Conclusion

Plaintiff would remind the court that et al would and does in fact include the A.D.O.C. as they were in fact directly involved.

That All parties and property where the accident occured was in same county of Montgomery, State of Alabama.

That plaintiffs complaint must include all named for his complaint to be accurately considered and justly heard, this honorable court is with the power to grant this same motion.

Respectfully submitted

Stanley Turner

Stanley Turner   116221

CERTIFICATE OF SERVICE

Comes now Stanley Turner (Plaintiff) and affirms or certifies that he by U.S. mail, Postage prepaid served a copy of the forgoing documents on the Attorney for the defendants and the Clerk of the United States district Court addressed as below.

Done this 18th Day of December 2006

Stanley Turner

Stanley Turner #116221
Hamilton A & I
223 Sasser Dr
Hamilton, Al. 35570

Office of the Clerk, United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

Haskell, Slaughter, Young & Gallion, LL.C,
P.O. Box 4660
Montgomery, Al. 36101