IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-983-ID |
| ) | [WO] |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On January 3, 2007, the plaintiff filed a motion for leave to file an amended complaint (Court Doc. No. 27). However, the plaintiff merely seeks to name Lamar Rogers, Santina Jenkins and the Alabama Department of Corrections as defendants. The court therefore construes this document as a motion for leave to amend the complaint.

A review of the file in this case demonstrates that Lamar Rogers and Santina Jenkins are presently defendants in this case of action. Additionally, the Alabama Department of Corrections ["ADOC"] is absolutely immune from suit, *Papasan v. Allain*, 478 U.S. 265 (1986), and based on the pleadings filed by the plaintiff, the ADOC had relinquished custody of the plaintiff to Montgomery County officials prior to the incident which forms the basis for the instant complaint. In light of the foregoing, it is

ORDERED that the motion for leave to amend be and is hereby DENIED.

Done this 9th day of January, 2007.

                /s/ Susan Russ Walker
                SUSAN RUSS WALKER
                UNITED STATES MAGISTRATE JUDGE