IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 SEP 20 A 10: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STANLEY Turner,
    Petitioner

v.    Case Number 2:05 CV 983-D

D.T. Marshal, et al
    Defendants

## MOTION FOR PRODUCTION OF DOCUMENTS

Comes now Stanley Turner petitioner Pro se in the above styled motion and says as follows.

### FACT I

THE ALABAMA DEPARTMENT OF CORRECTION (to be refered to as ADOC hereafter) refuses to release or produce medical records and or documents that are directly related to the case before this honorable court which does not allow Turner to show certain evidence in his claims.

### FACT II

Any document in the posession of ADOC has any relivence to this case there is no question that it should be released to Turner so he can play it before this court as evidence.

## FACT III

ADOC writes an incident report on any injury or accident that occurs on or within the ADOC Insrition, therefore by their own rules and Regulations they must have a copy of such a document.

## FACT IV

Incident reports contain officals present eye wittness account of what has happened

## Sumary

The ADOC refuses to release the following documents:
1) Incident report, 2) medical records, 3) body chart, 4) X-Rays.

These listed items are relivent to and are used as evidence to show the injury/reinjury. to show that there was an accident, and include written documentation of what happened, giving exact locations of injury and medical dianoias of the injury.

Turner needs these document to have his day in court and it to be a fair day in court as is guranteed him By the United States Constitution,

ADOC ARE in essence with holding evidence which can be taken to be a criminal act.

## Conclusion

ADOC is violating Turners Constitutionally vested right and are causing valuable and relevant evidence to be kept from Turner, this is not right, this court granted Discovery yet the ADOC refuses to release these afore listed documents.

Turner looks to this court for help, this court has the power to help him by granting this motion of Production of documents.

Respectfully submitted

**Stanley Turner**
Stanley Turner
Petitioner Pro se

## Certificate of Service

I hereby certify/verify that I have placed a copy of the forgoing document in the mail with postage prepared address to:

Thomas T. Gallion of
Haskel/Slaughter attorneys at law
P.O. Box 4660
Montgomery, AL. 36104

Done this 18th day of September, 2007

**Stanley Turner**
Stanley Turner 116221
HAIC 223 Sasser Dr.
Hamilton, AL. 35570

pg. III

Stanley Turner 116221
HMIC 223 Sasser Dr.
Hamilton, Al. 35570

BIRMINGHAM AL 350
10 SEP 2007 PM 4 T

LOUIS COMFORT TIFFANY

This correspondence is forwarded from an Alabama State Prison. The content have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

36101507११

Clerk United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711