IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-983-ID |
| ) | [WO] |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on September 20, 2007 (Court Doc. No. 29), and as this motion seeks production of documents from an entity which is not a party to this cause of action, it is

ORDERED that the motion for production of documents be and is hereby DENIED. Rule 34(a), *Federal Rules of Civil Procedure* (a party may only serve discovery requests on another party).

Done this 21st day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE