IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY TURNER
    Plaintiff
vs.
D.T. MARSHAL, et. al,
    defendants.

Civil Action # 2:05-CV-983-ID
[WO]

MOTION FOR RECONSIDERATION

Comes now the PLAINTIFF, STANLEY TURNER (prose) in the above styled cause and says the following:

In the courts order dated September 21, 2007 this honorable court stated that the ALABAMA DEPARTMENT OF Corrections was not a party to the suit, therefore it denied Turners motion for production of documents.

Turner differs with this courts decision, and offers the follow for the courts viewing and in susport of his cause:

1) The matter of the state being a party to the suit was not an issue.

2) Rule 34(A) Federal rules of civil proceedure would not apply in its fullity due to the following:

(A) Turner is and was a state prisoner and by so being does not enjoy the free movement that other Petitioners enjoy, therefore through he was and remain restricted on things he can and can not do

B) Turner is a Pro SE Litigant and therefore can not be held to the strict guide lines of a versed attorney!

C) Turner must, by being a prisoner must accept medical treatment provided for inmates, he can not go to a doctor of his choosing, where medical record can be obtain through the signing of a release form.

3) Turner was and remains a ward of the state.

4) Turner was treated by the Dept. of Corr. first after his accident.

5) The accident happen on state property

6) The dept. of Corrections has treated Turner for this injury since it occured.

This court is saying that the state is not

Pg II

a party to the suit, Turner is not arguing that they are, he argues that medical records that relate directly to the injury reflected as the reason for this suit is a party to the suit, medical records are the mirrored reflection of the injury, and the progress of the recovery, they can be nothing less than a party to the suit.

Turner prays this honorable court to consider this added information and reconsider the order to deny.

Respectfully Submitted

*Stanley Turner*
STANLEY TURNER 116221
HAIC, 223 Sasser Dr,
Hamilton, Al. 35570

Certificate of Service

I hereby verify/certify that a true and correct copy of the foregoing has been placed in the prisoners legal mail box address to THOMAS T. Gallion III, c/o Haskell/Slaughter P.O. Box 4660, Montgomery Al. 36103.

Done this 28t day of September 2007

*Stanley Turner*
STANLEY TURNER

Stanley Turner 116221
223 Saser Dr. HMZC
Hamilton, Al. 35570

This correspondence is forwarded from an Alabama State Prison. The content has not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

BIRMINGHAM AL 350
01 OCT 2007 PM 6 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101$0711