IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY TURNER, #116221,       )
                               )
          Plaintiff,           )
                               )
v.                             )          CIVIL ACTION NO. 2:05-CV-983-ID
                               )
D. T. MARSHALL, et al.,        )
                               )
          Defendants.          )

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on October 3,

2007 (Court Doc. No. 31), and as the plaintiff fails to present any basis for requiring a non-party to

produce documents, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 3rd October, 2007.


            /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE