IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-983-ID |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on October 3, 2007 (Court Doc. No. 31), which the court construes as a motion for access to prison medical records, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before October 18, 2007, correctional officials and medical personnel at the Hamilton Aged and Infirmed Correctional Facility shall allow the plaintiff to inspect and/or copy all documents contained in his institutional prison file and medical records relative to the claims pending before this court. **The plaintiff is hereby informed that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. Thus, if the **plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to him to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials

he seeks to retain for himself and/or submit to this court; and (ii) he **must** procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his medical records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

The Clerk is DIRECTED to provide a copy of this order to the warden of the Hamilton Aged and Infirmed Correctional Facility and the supervisor of the health care unit at such facility.

Done this 3rd October, 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE