IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STANLEY TURNER, #116221, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 2:05-CV-983-D |
| | * | |
| D. T. MARSHALL, et al., | * | |
| | * | |
| Defendants. | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Defendant D. T. Marshall, Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**There are no entities to be reported.**

Respectfully submitted this 13th day of December 2007.

                                                s/ Thomas T. Gallion, III_____
                                                Thomas T. Gallion, III      (GAL010)
                                                Attorney for Defendant

OF COUNSEL:
Haskell Slaughter Young & Gallion, L.L.C.
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
      (334) 265-8573
      fax number: (334) 264-7945

2

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon the following listed persons by hand delivery or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this the 13th day of December 2007.

Stanley Turner #116221  
Hamilton A&I Center  
223 Sasser Drive  
Hamilton, AL  35570

                              s/ Thomas T. Gallion, III  
                              Of Counsel

50051-558  
#29,748