IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY TURNER 116221
  plaintiff (prose)
vs
D.T MARSHALL, et al,
  defendants

2:05 CV 983 ID
Civil action No

MOTION FOR SPEEDY RULING; DUE TO EXTENUE-
TING MEDICAL Reason.

Comes now STANLEY TURNER 116221 (Plaintiff) prose in the above styled cause and says the following in susport of:

### FACTS

This case has been before this court not days or months, but years, yet this court has made no ruling.

The defendants have shown no solid evidence that they are not responsible for the accident that did re-injure Turners leg.

The have not and can not prove that: 1) they did not come to Kilby Prison to transfer Turner to a Montgomery county detention facility to appear in court 2) that they were not present at the time of the accident 3) they provided proper medical treatment for Turner 4) they were not in every meaning of the word totally and completely responsible for Turner 5) that they did not use unsafe means to place

Pg one

Turner on the van for transfer, not just Turner but anyone being transfered by them via van (6) That officers in charge of Turners transfer did not have custody of him and did not use unsafe means of loading Turner. (7) did not prove that a Flimsy milk crate was a safe means of a step, what they did do was show total neglect and deliberate indifference by not doing their job by putting steps provided into use, steps that were installed and approved by the manufacturier as safe, they chose to neglect and to use a lazy means of loading, a milk crate is not stable and is not designed for such use as a step.

The defendant were not and have not been concerned with Turners health or injury they use the courts to prolong taking responsiblity, Turners injury has progressively worse, this could have been prevented if the defendants had taking their responsiblity and provided the expert attention needed to allow recovery and healing, yet they choose to let the state department of corrections assume the burden of treatment, note the department of corrections is responsible to give and supply the bare minimum medical treatment as i am sure this court is aware of, but a complex injury demand more treatment of

pg two

expert nature.

By not assuming the responsiblity towards Turner the defendants have caused much pain and suffering to Turner.

Not only pain and suffer but the 80% chance of loosing a leg, and as infection has set into the bone and has begun to spreed it could easily become a life threatening situation, at Winfield Wound Center Turner was told that he was going to have to have his leg removed that there was nothing further or other that could be done, the situation is a bad one and increasingly becomes worse everyday something must be done, a limb can be reajustied to, but what of a lost life.

### Conclusion

This court can and must grant this motion this court must at the very least set a date for a hearing so that Turner can have his day in court so that his constitutionally vested rights can be reconized as used and granted rather than abused and denied.

For this courts benefit as to be able to somewhat understand the nature of and extent and severity of this wound to Turner please Exhibit (R) a picture secured from Turners medical files, contained at the Hamilton Aged and Infirmed prison unit

Pg three

For justice to be served this Honorable court must rule in this matter and a fair and just ruling in Turners behalf.

Turner prays and pleads this court for a speedy ruling as the longer the ruling the more damage occurrs to his wound.

Respectfully Submitted

STANLEY TURNER

STANLEY TURNER 116221
Haic 223 Sasser Dr.
Hamilton, Alabama 35570

Certificate of Service.

I hereby certify/verify that I have been place in the u.s. mail. have served a true and correct copy of the afore going document to the Attorneys of record at:

Haskell/Slaughter attorneys at law
P.O. Box 4660
Montgomery, Alabama  36103-4660

This the 1st day of January 2008

Stanley Turner
STALEY TURNER #16221

Pg Four

STANLEY TURNER 116221
71/AZC
223 SASSER DR.
Hamilton, Al. 35570

BIRMINGHAM AL 352

02 JAN 2008 PM 6 1



*This correspondence is forwarded
from an Alabama State Prison. The content
have not been evaluated, and the Alabama
Department of Corrections is not responsibl
for the substance or content of the enclosed
communication.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama
36101-0711