

Stanly Turner
① Leg Ulcer
3-29-05
70mm Wide
95mm Long

EXHIBIT

A