IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-983-ID |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for speedy ruling filed by the plaintiff on January 3, 2008 (Court Doc. No. 37), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that this case remains pending before the court on his complaint, the written report and supporting evidentiary materials filed by the defendants, and his responses in opposition to the defendants' report. The plaintiff is further advised that *no additional pleadings are necessary for disposition of the issues presented in the complaint* and he will be advised of any action taken by the court in this case. While the court is mindful that the requisite pleadings were filed as of February 13, 2006, the court's caseload of actions pending under 42 U.S.C. § 1983 makes it extremely difficult to expedite resolution of this or any other case, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court assures the parties that a determination of the issues presented in this case will be undertaken in due course.

Done this 7th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE