RECEIVED

2008 JUN 11 A 10: 48

_____ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

6-6-08

To: Honorable Susan Ross Walker
    United States Magistrate Judge
    United States District Court
    P.O. Box 711
    Montgomery, Alabama 36101-0711.


REF: CIVIL ACTION NO. 2,05-CV-983-ID.


FROM: STANLEY TURNER # 116221
      Hamilton A&I Center
      223 Sasser Drive
      Hamilton, Alabama 35570


Ms. Walker,

        My name is James M. Cain, I am writing to you
in regards and for inmate Stanky Turner # 116221, Mr.
Turner can neither read or write and the one other
inmate Robert Wright who has went home from here and
who was assisting Mr. Turner in this case because he un-
-derstood the lengthy litigation process required in this
kind case. However, as I reiterated Mr. Wright went
home and theres no one else at this Institution that
understands this kind of case whom could possibly help him
to achieve the required litigation this Honorable Court
has ask him for and Mr. Turner truly believes he could
prove his case as do I if he could acquire significant
help from some where. He doesn't know what to do now
                    [1.]

but ask this Honorable Court to grant him some kind of Hearing to explain his case verbally to them so that maybe a Court Appointed Attorney could take up his cause. Again, Mr. Turner can not read or write and does need help. Myself am unqualified to help him.

Thank you for your time, and efforts in reading this letter.

Best Regards,
Respectfully;
Stanley Turner             ,

[2.]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a complete copy of the forgoing ducument upon the following:

The Honorable Susan Ross Walker,
United States Magistrate Judge,
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

### AND

Haskell and Slaughter
  Attorneys at Law
P.O. Box 4660
Montgomery, Alabama 36103-4660

By Placing same in the U.S. Mail, First Class Postage Prepaid and Properly Addressed, This __6__ Day of __June__ , 2008.

Stanley Turner
Plaintiff Pro-Se
Hamilton A+I Center
223 Sasser Drive
Hamilton, Alabama 35570