IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-983-ID |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on June 11, 2008 (Court Doc. No. 40), which the court construes to contain a motion for extension of time, and for good cause, it is

ORDERED that the motion for extension of time be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from June 9, 2008 to and including June 24, 2008 to file an objection to the Recommendation entered on May 22, 2008.

Done this 12th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE