IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TURNER, #116221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:05-CV-983-ID |
| v. ) | (WO) |
| ) | |
| D.T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court are the Recommendation of the Magistrate Judge and Plaintiff's Objections. (Doc. Nos. 39, 44). The court having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objections be and the same are hereby OVERRULED.

2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. Defendants' motion for summary judgment (Doc. 9) be and the same is hereby GRANTED and this action is hereby DISMISSED with prejudice.

Done this 24th day of June, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE